IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| M.G., | : | |
|     Petitioner, | : | |
| v. | : | CASE NO. 4:22-CV-75-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

Petitioner filed an application for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1) and a motion for an order to show cause (ECF No. 2) on April 18, 2022. Respondents timely filed their return (ECF No. 5) on April 21, 2022. In their return, Respondents request an extension of time to file a comprehensive response to Petitioner's habeas application. Resp'ts' Return 1-2, ECF No. 5. The Court finds good cause to grant Respondents' request for an extension of time. They have thirty (30) days from today to file a comprehensive response to the above captioned habeas application. Within fifteen (15) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.[1]

---

[1] In his motion for an order to show cause, Petitioner requests that the Court order Respondents to file a return within three days, afford Petitioner one week to respond, and then schedule a hearing on Petitioner's habeas application within a week after Petitioner's response. Mot. for Order to Show Cause 3, ECF No. 2. While 28 U.S.C. § 2243 states that an extension may be granted only up to twenty days upon a showing of good cause, a district court has discretionary authority to extend it further. *See Baker v. Middlebrooks*, No. 5:08cv44-RS-MD, 2008 WL 938725, at *1

**SO ORDERED**, this 21st day of April, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

---

(N.D. Fla. Apr. 8, 2008) (collecting cases).  Petitioner's motion is **DENIED**.  Respondents have filed a timely return.  The Court will determine whether to hold an evidentiary hearing once Respondents file their comprehensive response and Petitioner has the opportunity to file a reply.